CONTINENTAL SECURITIES COMPANY and CLARENCE H. VENNER, Suing on Behalf of Themselves and of All Other Stockholders of THE BORDEN COMPANY, Similarly Situated, Who May Join with the Plaintiffs and Contribute to the Expense of this Action, Appellants, v. UNION N. BETHELL, LEWIS M. BORDEN,

ALBERT T. JOHNSTON, ALBERT G. MILBANK, ARTHUR W. MILBURN, GEORGE L. NICHOLS, SHEPARD RARESHIDE, HENRY C. SHERMAN, ROBERT STRUTHERS and THE BORDEN COMPANY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.